**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RANDY K. STRICKLAND, II,

Plaintiff,

v. Case No. 8:26-cv-792-KKM-SPF

AT&T SERVICES, INC.,

Defendant.

---

## ORDER

The United States Magistrate Judge recommends granting AT&T Services, Inc.'s Motion to Compel Arbitration and Stay Litigation (Doc. 29). The deadline to object to the Report and Recommendation has passed without either party lodging an objection. Considering the record, the Court adopts the Report and Recommendation.

After conducting a review of the findings and recommendations, a district court judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-*

*Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Report and Recommendation.

Accordingly, the following is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 40) is **ADOPTED** and made a part of this Order for all purposes.

2. Defendant AT&T Services, Inc.'s Amended Motion to Compel Arbitration and Stay Litigation (Doc. 29) is **GRANTED**.

3. Plaintiff Randy K. Strickland II's claims are **REFERRED** to arbitration under the parties' agreement.

4. The action is **STAYED** pending conclusion of the arbitration, and the Clerk is **DIRECTED** to administratively close this case.

5. The parties must file a status report on the arbitration on **March 15, 2027**, and then **every 180 days thereafter**. The parties shall promptly notify the Court of any resolution of the claims asserted in this action.

**ORDERED** in Tampa, Florida, September 15, 2026.

Kathryn Kimball Mizelle

Kathryn Kimball Mizelle
United States District Judge